UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SAMANTHA ELABANJO ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | 5:24-CV-155-FL |
| B. W. GRIFFITH, and LAWRENCE ) | |
| CAPPS ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 5, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on August 5, 2024, and Copies To:**
Samantha Elabanjo (via US mail) 207 Indiana Avenue, Knightdale, NC 27545


August 5, 2024                         PETER A. MOORE, JR., CLERK

                                            /s/Sandra K. Collins
                              (By)     Sandra K. Collins, Deputy Clerk